# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ St. Joseph<br>☐ Central ☐ Southern<br>☐ Southwestern | | Jackson County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name    Nicholas A. Taylor (01)
Alias Name
Birthdate    12/04/1982

**Related Case Information**
Superseding Indictment/Information   ☐ Yes ☒ No   if yes, original case number _____
New Defendant   ☐ Yes ☒ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA   Emily Morgan

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required   ☐ Yes ☒ No
Warrant Required   ☒ Yes ☐ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Distribute a Controlled Substance | 1 |
| 2 | 21:841B=CD.F/6801/4 | Distribution of a Controlled Substance | 2 |
| 3 | 21:841A=CD.F/6801/4 | Possession of a Controlled Substance with Intent to Distribute | 3 |
| 4 | 18:924C.F/7830/4 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 4 |
| 5 | 21:853.F/6911/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date   6/24/21           Signature of AUSA   /s/ Emily Morgan