# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| **Division of Filing** | | **Place of Offense** | **Matter to be Sealed** |
|---|---|---|---|
| ☑ Western | ☐ St. Joseph | | ☑ Secret Indictment |
| ☐ Central | ☐ Southern | **Jackson** | ☐ Juvenile |
| ☐ Southwestern | | County and elsewhere | |

**Defendant Information**

Defendant Name    Omar A. Aguirre (03)
Alias Name
Birthdate    09/14/1969

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☑ No  if yes, original case number _____
New Defendant ☐ Yes ☑ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA  Emily Morgan

**Interpreter Needed**

☐ Yes
       Language and/or dialect _____
☑ No

**Location Status**

Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody          Writ Required     ☐ Yes ☑ No
☐ Currently on Bond                   Warrant Required  ☑ Yes ☐ No

**U.S.C. Citations**

Total # of Counts ____1____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Distribute a Controlled Substance | 1 |
| 2 | 21:853.F/6911/4 | Forfeiture Allegation | |
| 3 | | | |
| 4 | | | |

(May be continued on reverse)

Date    6/24/2021          Signature of AUSA    /s/ Emily Morgan