# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson**<br>County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name — Adam P. Vannatta (04)
Alias Name
Birthdate — 01/06/1980

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☒ No  if yes, original case number _____
New Defendant  ☐ Yes  ☒ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Emily Morgan

**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required  ☐ Yes  ☒ No
Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts  5

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Distribute a Controlled Substance | 1 |
| 2 | 21:841C=CD.F/6801/4 | Distribution of a Controlled Substance | 5 & 6 |
| 3 | 21:841C=CD.F/6801/4 | Possession of a Controlled Substance with Intent to Distribute | 7 |
| 4 | 18:924C.F/7830/4 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 8 |
|   | 21:853.F/6911/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date   6/24/2021            Signature of AUSA   /s/ Emily Morgan