# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| **Division of Filing**<br>☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Place of Offense**<br><br>**Jackson**_____<br>**County and elsewhere** | **Matter to be Sealed**<br>☑ **Secret Indictment**<br>☐ **Juvenile** |
|---|---|---|---|

**Defendant Information**
Defendant Name      Colby D. Monkewicz (05)
Alias Name
Birthdate      11/03/1984

**Related Case Information**

Superseding Indictment/Information   ☐ Yes   ☑ No   if yes, original case number _____

New Defendant   ☐ Yes   ☑ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA   Emily Morgan

**Interpreter Needed**

☐ Yes
     Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody

☐ Currently in State Custody      Writ Required   ☐ Yes   ☑ No

☐ Currently on Bond      Warrant Required   ☑ Yes   ☐ No

**U.S.C. Citations**
Total # of Counts ____2____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Distribute a Controlled Substance | 1 |
| 2 | 21:841B=CD.F/6801/4 | Possession of a Controlled Substance with Intent to Distribute | 9 |
| 3 | 21:853.F/6911/4 | Forfeiture Allegation | |
| 4 | | | |

(May be continued on reverse)

Date   6/24/2021      Signature of AUSA   /s/ Emily Morgan