IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>(1) NICHOLAS A. TAYLOR,<br>(2) JASON G. TAYLOR,<br>(3) OMAR A. AGUIRRE,<br>(4) ADAM P. VANNATTA,<br>(5) COLBY D. MONKEWICZ,<br>(6) DANNY A. MOSER,<br>(7) LAURA M. SOLA,<br>(8) ALEXIS F. POWER,<br>(9) DEBORAH M. MORRIS,<br>(10) MATHEW D. SMITH,<br>(11) JAMES W. BIRTLE,<br>and<br>(12) KIMBERLY J. RICHARDSON,<br><br>        Defendants. | Case No.   21-00166-01-02-03-04-05-06-07-<br>08-09-10-11-12-CR-W-BP |

## MOTION OF THE UNITED STATES FOR
## CONTINUANCE OF A DETENTION HEARING

Comes now the United States of America, by the Acting United States Attorney for the Western District of Missouri and does hereby move the Court for its order granting a continuance of the detention hearing as provided by Section 3142(f), Title 18, United States Code.

## SUPPORTING SUGGESTIONS

Title 18, United States Code, Section 3142(f) provides that the appropriate judicial officer shall hold a hearing to determine whether any condition or combination of conditions set forth in Section 3142(c) will reasonably assure the appearance of a defendant as required and the safety of any other person and the community when the attorney for the government moves for a detention hearing provided by said subsection, or upon the appropriate judicial officer's own motion, also as provided by Section 3142(f).

Subsection (f) of Section 3142 provides: "The hearing shall be held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the government seeks a continuance. Except for good cause, a continuance on motion of the person may not exceed five days, and a continuance on motion of the attorney for the government may not exceed three days. During a continuance, the person shall be detained . . . ."

The United States desires the continuance to facilitate the acquisition of additional information regarding the above defendants, to evaluate the said information, and to prepare for the hearing.

Respectfully,

Teresa A. Moore
Acting United States Attorney

By   /s/ Emily A. Morgan

Emily A. Morgan
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on July 7, 2021, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                      */s/ Emily A. Morgan*
                                      Emily A. Morgan
                                      Assistant United States Attorney